## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

PETER WIRTH, *as Personal Representative*
*of the Estate of Santiago Sebastian Ortiz*, et al.,

      Plaintiffs,

                                                     No.  2:20-cv-804 GBW/KRS

v.

PHC-LAS CRUCES, INC., et al.,

      Defendants.

### ORDER TO SHOW CAUSE

**THIS MATTER** comes before the Court *sua sponte*.  On August 11, 2020, Plaintiffs filed a Complaint, initiating this action.  (Doc. 1).  No further action has been taken to move this case forward for more than ninety days.  Accordingly, Plaintiffs must show good cause why their claims should not be dismissed without prejudice pursuant to D.N.M. LV-Civ. 41.1 ("A civil action may be dismissed if, for a period of ninety (90) days no steps are taken to move the case forward.").

**IT IS THEREFORE ORDERED** that on or before **December 8, 2020** Plaintiffs shall show cause in writing why this matter should not be dismissed for want of prosecution or shall take action to continue prosecuting this action.

**IT IS SO ORDERED.**

                                                                       _____
                                                                        KEVIN R. SWEAZEA
                                                                        UNITED STATES MAGISTRATE JUDGE